**DENY; and Opinion Filed June 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00771-CV

### IN RE ROBERT C. LOWRY, M.D., Relator

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01187**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Whitehill
Opinion by Justice Lang-Miers

Relator filed this petition for writ of mandamus requesting the Court order the trial court to set aside its orders finding relator in contempt of court and ordering him to pay attorney's fees. Contempt orders that do not involve confinement may be reviewed by a petition for writ of mandamus. *In re Long,* 984 S.W.2d 623, 625 (Tex. 1999) (orig. proceeding). In an original proceeding challenging a contempt order, the relator has the burden to show that the order is void. *See In re Aslam,* 348 S.W.3d 299, 302 (Tex. App.—Fort Worth 2011, orig. proceeding) (citing *In re Coppock,* 277 S.W.3d 417, 418 (Tex. 2009) (orig. proceeding)). We conclude relator has failed to establish a right to mandamus relief. We deny the petition.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

150771F.P05